**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mark Edward ROWLEY, Defendant–
Appellant.**

**No. 15-12965
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 06/07/2016

Adam W. Overstreet, Gregory A. Bordenkircher, Kenyen Ray Brown, Sinan Kalayoglu, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Mark Edward Rowley, Montgomery, AL, Pro Se.

Before TJOFLAT, WILSON and JILL PRYOR, Circuit Judges.

PER CURIAM:

William Hughes, appointed counsel for Mark Rowley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

(1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Rowley's conviction and sentence are **AFFIRMED**.